IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| ABEL MALDONADO | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:04cv669 |
| R.D. MILES | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Abel Maldonado, an inmate confined within the Bureau of Prisons, proceeding *pro se*, brought the above-styled lawsuit.

The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this lawsuit. The magistrate judge recommends this lawsuit be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were submitted by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is hereby **ADOPTED** by the court. A final

judgment will be entered dismissing this case in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 19th day of August, 2005.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE